record of trial is returned to the Judge Advocate General of the Navy for remand to an appropriate convening authority who may order a rehearing on the affected charge and sentence. Alternatively, a rehearing on sentence only may be ordered with regard to the affirmed findings.

No. 11–0374/AR. U.S. v. Lelan M. Shankles. CCA 20100307. Review granted on the following specified issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER* AND *JONES*.

No briefs will be filed under Rule 25.

No. 07–0253/NA. U.S. v. John A. Halsema. CCA 20001337. Appellant's motion to withdraw the petition for grant of review granted. The Hearing Notice issued February 14, 2011, is hereby vacated.

No. 11–0231/AR. U.S. v. William J. Kreutzer, Jr. CCA 19961044. Appellant's motion for leave to file the joint appendix out of time granted.

